William H. Parish (SBN 95913)
Joshua J. Stevens (SBN 238105)
PARISH GUY CASTILLO, PLC
1919 Grand Canal Boulevard, Suite A-5
Stockton, California  95207-8114
Telephone:  (209) 952-1992
Facsimile:   (209) 952-0250

Attorneys for Defendants
BOUNNHONG SIRIPANNHA,
Trustee of the Siripannha Family 2009 Revocable Trust;
THAVONE SIRIPANNHA,
Trustee of the Siripannha Family 2009 Revocable Trust;

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>                  Plaintiff,<br>v.<br>BOUNNHONG SIRIPANNHA, Trustee of the Siripannha Family 2009 Revocable Trust; THAVONE SIRIPANNHA, Trustee of the Siripannha Family 2009 Revocable Trust; SOMPHANAT PHENGPHANH; and Does 1-10,<br>                  Defendants. | No.  2:16-cv-00437-MCE-CKD<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER TO PLAINTIFF'S COMPLAINT** |

Based on the parties' stipulation, and good cause appearing,

Defendants, Bounnhong Siripannha, Trustee of the Siripannha Family 2009 Revocable Trust, and Thavone Siripannha, Trustee of the Siripannha Family 2009 Revocable Trust, deadline to file a responsive pleading to Plaintiff's complaint in this matter is hereby extended from April 26, 2016, through and including May 10, 2016.

IT IS SO ORDERED.

Dated:  May 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT