UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,

  v.

BOUNNHONG   SIRIPANNHA,
Trustee of the Siripannha Family
2009 Revocable Trust;
THAVONE SIRIPANNHA, Trustee
of the Siripannha Family 2009
Revocable Trust;
SOMPHANAT   PHENGPHANH;
and Does 1-10,

      Defendants.

Case: 2:16-cv-00437-MCE-CKD

**ORDER OF DISMISSAL**

    In accordance with the parties' joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.   The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

    IT IS SO ORDERED.

Dated:  June 8, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1